[No. 16119-9-I.   Division One.   September 29, 1986.]

DONALD A. DEAN, *Respondent,* v. THOMAS E. MORGAN, *Appellant,* CAPRETTO & CLARK, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-05445-0, Rosselle Pekelis, J., entered February 20, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Cole and Thomas, JJ. Pro Tem.

[No. 15031-6-I.   Division One.   September 29, 1986.]

JOHN T. A. ELY, *Appellant,* v. GEORGE COCKILL, ET AL, *Defendants,* ALBRIGHT REALTY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-07772-2, James J. Dore, J., entered June 6, 1984. *Reversed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Cole and Utter, JJ. Pro Tem.

[No. 18208-1-I.   Division One.   September 29, 1986.]

CAROL ANN KOLLER, *Respondent,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-16824-1, Frank L. Sullivan, J., entered February 27, 1986. *Remanded with instructions* by unpublished per curiam opinion.